IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00607-WYD-MEH

PAGE PENK,

    Plaintiff,

v.

ROXANNE HUBER, Director, Colorado Department of Revenue,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 26, 2007.**

    Rather than filing a proposed scheduling order jointly prepared with Defendant's counsel, Plaintiff has filed a motion seeking to have subpoenas served by the U.S. Marshal Service on numerous individuals wholly unrelated to Plaintiff's claims and to have a trial begin "five days after the Colorado General Assembly opens their 2008 session." Plaintiff's Motion for Discovery Schedule and Proposed Trial Date [Filed July 20, 2007; Docket #15] is **denied**.