IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-00607-WYD-MEH | Date:  August 9, 2007 |
| Courtroom Deputy:  Valeri Barnes | **FTR – Courtroom C203** |

PAGE PENK, *Pro Se*

     Plaintiff,

v.

ROXANNE HUBER,                       Carolyn J. Lievers

     Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**SCHEDULING CONFERENCE**

**9:53 a.m.**    **Court in session.**

Also present:  Maurice Knaizer and Michael Plachy for non-parties Colorado Governor Bill Ritter, Jr. and Mrs. Jeannie Ritter.

Mr. Knaizer and Mr. Plachy have agreed to accept service on behalf of Governor Ritter and Mrs. Ritter.

Parties are directed to meet immediately after the hearing to finalize the Scheduling Order and shall deliver a signed Scheduling Order to Chambers before leaving the courthouse today.

**ORDERED:**  Governor Bill Ritter, Jr. and First Lady Jeannie Ritter's Motion for Protective Order **(22)** is **granted in part and reserved in part.  Granted** as to service.  **Reserved** as to discovery requests.

**10:19 a.m.**    **Court in recess/hearing concluded.**

Total in-court time: 00:26