IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00607-WYD-MEH

PAGE PENK,

    Plaintiff,

v.

ROXANNE HUBER, Director, Colorado Department of Revenue,

    Defendant.

---

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on Defendant's Motion to Dismiss or Alternatively for Summary Judgment (docket #11), filed May 11, 2007. The motion was referred to Magistrate Judge Michael E. Hegarty for a recommendation by Order of Reference dated May 11, 2007. Magistrate Judge Hegarty issued a Recommendation on September 17, 2007, that the above referenced motion be granted and that this matter be dismissed with prejudice. (Recommendation at 11.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 11.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Hegarty is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motion should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (docket # 29) dated September 17, 2007, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that Defendant's Motion to Dismiss or Alternatively for Summary Judgment (docket #11), filed May 11, 2007, is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**. It is

FURTHER ORDERED that Plaintiff is enjoined from filing future lawsuits in this District pursuant to the conditions set forth in the Recommendation. (Recommendation at 8-10.)

Dated: October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge